In the Matter of MARIANO MORILLO, Appellant, v LOURDES NUNEZ, Respondent. [936 NYS2d 910]

The Family Court did not err in denying the father's petition to modify a prior custody order dated August 31, 2009, so as to award him sole custody of the parties' child. "A modification of an existing custody arrangement should be allowed only upon a showing of a sufficient change in circumstances demonstrating a real need for a change of custody in order to insure the child's best interests" (*Matter of Nava v Kinsler*, 85 AD3d 1186, 1186 [2011]; *see* Family Ct Act § 652 [a]; *Matter of Catalano v Catalano*, 66 AD3d 1012, 1013 [2009]). Here, the father's testimony did not establish a sufficient change in circumstances since the entry of the prior order (*see generally Matter of Catalano v Catalano*, 66 AD3d at 1013; *Matter of Jennings v Small*, 59 AD3d 546 [2009]). Dillon, J.P., Lott, Roman and Cohen, JJ., concur.